pd-0997-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/31/2015 10:04:02 PM
Accepted 8/6/2015 10:19:02 AM
ABEL ACOSTA
CLERK

PD-_____-15

# In the Court of Criminal Appeals of Texas

Juliane Myra Minor

v.

The State of Texas

## Motion to Extend Time to File Petition for Discretionary Review

Juliana Myra Minor moves, under Rule 68.2, to extend the time to file a petition for discretionary review (PDR).

On June 25, 2015, the Thirteenth Court of Appeals affirmed the judgment of the trial court in a memorandum opinion, under cause number 13-14-00161-CR, styled Juliane Myra Minor v. The State of Texas. No motion for rehearing was filed.

No previous extensions to file a PDR have been requested. The current deadline is July 25, 2015.

Ms. Minor requests 30 days from the date of this motion to file the petition, making the new due date August 31, 2015. Counsel was just retained today to handle this case and needs additional time to review the record, familiarize himself with the case, and complete the petition.

I served a copy of this motion on the State Prosecuting Attorney simultaneously with electronic filing.

Respectfully,

/s/ Franklin Bynum

Bynum Law Office
2814 Hamilton Street
Houston, Texas 77004

Franklin Bynum
Texas Bar Number 24069451
fgb@lawfgb.com
(713) 343-8844